Theodore E. Essenfeld
Reg. No. 08418-506
Federal Corrections Institution
P.O. Box 9000
Safford, AZ     85548



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

Theodore E. Essenfeld,
    Petitioner,

v.

Unknown Dulgov,
    Respondent.

CASE No.
CV-25-00294-TUC-JGZ (JR)

    I respectfully request the court expedite my motion for a writ of habeas corpus in this case. Because this case pertains to an issue of individual liberty, I ask the court to render a decision as soon as possible to prevent my remaining in prison beyond what is statutorily required in accordance with both the First Step Act and the Second Chance Act.

    I further request an update of the status of my case which can be mailed to me at the address above.

    Thank you for your consideration and prompt reply.

Theodore E. Essenfeld     7/15/2025