1   **WO**

2

3

4

5

6               **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8

9   Theodore E Essenfeld,                    No. CV-25-00294-TUC-JGZ (JR)

10                  Petitioner,              **ORDER**

11  v.

12  Unknown Dulgov, et al.,

13                  Respondents.

14

15

16          On October 30, 2025, Petitioner Theodore E Essenfeld filed an untitled Motion.

17  (Doc. 27.) Petitioner does not indicate pursuant to which Federal Rule of Civil Procedure,

18  or other legal theory, he has filed the Motion. (*See id*.) In the Motion, Petitioner asserts

19  new facts and claims not included in the Petition or any briefing. (*Id*. at 1.) To the extent

20  Petitioner wishes to include these allegations in his Petition, Petitioner must request leave

21  of court to either file an amended petition or otherwise supplement the record. *See* Fed. R.

22  Civ. P. 15(a)(2); LRCiv. 15.1.

23          Further, Petitioner reiterates legal arguments found in his reply to the Respondent's

24  Response. (*See* Doc. 27 at 2; Doc. 26 at 4.) Petitioner cites no new legal authority to support

25  his position, nor requests any additional relief not found in the Petition. (*See* Doc. 27 at 2.)

26  Petitioner does not cite a rule or other legal theory which allows him to file a second reply

27  to the Respondent's response. (*See* Doc. 27.) Because Petitioner's arguments and requested

28  relief are duplicative those found in the Petitioner's reply, the Petitioner's Motion will be

denied. *See Meeks v. McClintock*, 2015 WL 4524002, *2 (D. Ariz. July 24, 2015) (denying petitioner's request to supplement petition with duplicative legal defenses contained in previous briefing).

**IT IS ORDERED** Petitioner's Motion (Doc. 27) is **denied**.

Dated this 3rd day of November, 2025.

Honorable Jacqueline M. Rateau
United States Magistrate Judge